**DISMISSED; Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00687-CV

**FELIX JAMES HORNSBY, Appellant**
**V.**
**DONJELL HORNSBY, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 0920672**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

The filing fee in this case is overdue. By postcards dated May 30, 2014 and January 27, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. And, although the clerk's record in this case was paid for and filed, appellant failed to pay for or make arrangements to pay for the reporter's record. Accordingly, on December 31, 2014, we ordered the appeal be submitted without a reporter's record and set the due date for appellant's brief thirty days from the date of the order.

Thereafter, by postcard dated February 6, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result

in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 38.8(a)(1); 42.3(b), (c).


<u>/ David Evans/</u>
DAVID EVANS
JUSTICE


140687F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

FELIX JAMES HORNSBY, Appellant

No. 05-14-00687-CV       V.

DONJELL HORNSBY, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 0920672.
Opinion delivered by Justice Evans. Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DONJELL HORNSBY recover his costs of this appeal from appellant FELIX JAMES HORNSBY.

Judgment entered this 9th day of July, 2015.